# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KARNELL NELSON, #N91564,<br>COREY EGNER, #S14263,<br><br>Plaintiffs,<br><br>vs.<br><br>WEXFORD HEALTHCARE PROVIDERS, et al.,<br><br>Defendants. | Case No. 19-cv-482-SMY |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff Corey Egner's Motion to Sever. (Doc. 39). Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 for alleged constitutional deprivations, asserting claims under the Eighth Amendment related to conditions of confinement and inadequate mental health care. (Doc. 1). Following review under 28 U.S.C. § 1915A, the Complaint was dismissed without prejudice for failure to state a claim for relief. (Doc. 37). Plaintiffs were granted leave to file a First Amended Complaint by September 23, 2019. (*Id.*). In response, Plaintiff Egner filed a motion to sever his claim and a First Amended Complaint. (Docs. 39, 40). Egner states he is no longer able to communicate with Plaintiff Nelson and wants to proceed in a separate action. (Doc. 39).

Accordingly, **IT IS ORDERED** that the Motion to Sever (Doc. 39) is **GRANTED**. Plaintiff **COREY EGNER** is **DISMISSED** as a Plaintiff in this case. The Clerk of Court is **DIRECTED** to **TERMINATE** Corey Egner as a Plaintiff herein and **OPEN** a newly-severed case to address his claims. The new case should be captioned: **COREY EGNER, Plaintiff vs. JEFFREY DENNISON, BETTIS, JUSTICE, and KYLE BERNARD, Defendants.**

1

The Clerk of Court is also **DIRECTED** to file the following documents in the newly-severed case:

1) Plaintiff Corey Egner's Motion for Leave to Proceed *in forma pauperis* (Doc. 16);
2) Order Granting Plaintiff Corey Egner's motion to proceed *in forma pauperis* (Doc. 31);
3) Memorandum and Order (Doc. 37); and
4) First Amended Complaint (Doc. 40).

Egner is not required to pay a filing fee for the instant case but he is obligated to do so in the newly-severed case.

**IT IS FURTHER ORDERED** that the First Amended Complaint (Doc. 40) is **STRICKEN** in this case because it pertains only to Plaintiff Egner.

Plaintiffs are **ADVISED** that each of them is under a continuing obligation to keep the Clerk of Court informed of any change in his address. The Court will not independently investigate a Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs. Failure to comply with this order will cause a delay in the transmission of court documents and may result in dismissal of this action for want of prosecution. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED: November 4, 2019**

                                                        s/ *Staci M. Yandle*
                                                        **Staci M. Yandle**
                                                        **United States District Judge**